Charles R. Virginia (CV 8214)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
111 Broadway, 14th Floor
New York, New York 10006
(212) 943-9080
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAT ANGELO, JOSEPH DEVITA, ROBERT GARIEPY, JOHN F. CAPO, STEPHEN DOHERTY, WILLIAM DERENZIS, JEFFREY DUFFY, as Trustees of the B.A.C. LOCAL 4 PENSION AND ANNUITY FUNDS, MICHAEL PETERSON, RUDOLPH RICCIARDI, ROBERT EPIFANO, JOSEPH SPERANZA, JR., MICHAEL SCHMERBECK, JACK KOCSIS, KENNETH SIMONE, JOHN F. CAPO, JEFFREY DUFFY, DONALD ENGELHARDT, KEVIN DUNCAN, RICHARD TOLSON, as Trustees of the NEW JERSEY B.A.C. HEALTH FUND, JAMES R. PRISCO, JR., RUDOLPH RICCIARDI, JOSEPH SPERANZA, JR., JOHN F. CAPO, JEFFREY DUFFY, DONALD ENGELHARDT AND LEON JONES, JR., as Trustees of the NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, WILLIAM MCCONNELL, CHARLES VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, MICAHEL SCHMERBECK, VINCENT DELAZZERO and BENJAMIN CAPP, as Trustees of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, JIM ALLEN, MATTHEW AQUILINE, LON BEST, JAMES BOLAND, TED CHAMP, RAYMOND CHAPMAN, VINCENT DELAZZERO, BRUCE DEXTER, JOHN FLYNN, EUGENE GEORGE, GREGORY HESS, FRED KINATEDER. DAN KWIATKOWSKI, KEN LAMBERT, SANTO LANZAFAME, DICK LAUBER, WILLIAM MCCONNELL, EDWARD NAVARRO, GERALD O'MALLEY, JOHN PHILLIPS, CHARLES RASO, MARK ROSE, KEVIN RYAN, GERARD SCARANO, MICHAEL SCHMERBECK, PAUL SONGER, JOSEPH SPERANZA, and FRED VAUTOUR, as Trustees of, and on behalf of, the INTERNATIONAL MASONRY INSTITUTE, and JOHN F. CAPO, as SECRETARY TREASURER OF NJ BAC ADMINISTRATIVE DISTRICT COUNCIL, | 07 Civ. 5870 (HAA)<br><br>**DEFAULT**<br>**JUDGMENT** |
| Plaintiffs, | |
| -against- | |
| VILLANO CONCRETE SPECIALTIES LLC, | |
| Defendant. | |

Case 2:07-cv-05870-HAA-ES   Document 6   Filed 07/24/08   Page 2 of 3 PageID: 42
Case 2:07-cv-05870-HAA-ES   Document 5-3   Filed 06/05/2008   Page 2 of 3

The Summons and Complaint in this action having been duly served on the above-named Defendants Villano Concrete Specialties, LLC, ("Villano"), and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for Plaintiffs, it is hereby

ORDERED AND ADJUDGED, that Plaintiffs Pat Angelo, Joseph Devita, Robert Gariepy, John F. Capo, Stephen Doherty, William Derenzis, Jeffrey Duffy, as Trustees of the B.A.C. Local 4 Pension and Annuity Funds, Michael Peterson, Rudolph Ricciardi, Robert Epifano, Joseph Speranza, Jr., Michael Schmerbeck, Jack Kocsis, Kenneth Simone, John F. Capo, Jeffrey Duffy, Donald Engelhardt, Kevin Duncan, Richard Tolson, as Trustees of the New Jersey B.A.C. Health Fund, James R. Prisco, Jr., Rudolph Ricciardi, Joseph Speranza, Jr., John F. Capo, Jeffrey Duffy, Donald Engelhardt and Leon Jones, Jr., as Trustees of the New Jersey BM&P Apprentice and Education Fund, John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, William McConnell, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Micahel Schmerbeck, Vincent Delazzero and Benjamin Capp, as Trustees of the Bricklayers & Trowel Trades International Pension Fund, Jim Allen, Matthew Aquiline, Lon Best, James Boland, Ted Champ, Raymond Chapman, Vincent Delazzero, Bruce Dexter, John Flynn, Eugene George, Gregory Hess, Fred Kinateder. Dan Kwiatkowski, Ken Lambert, Santo Lanzafame, Dick Lauber, William McConell, Edward Navarro, Gerald O'Malley, John Phillips, Charles Raso, Mark Rose, Kevin Ryan, Gerard Scarano, Michael Schmerbeck, Paul Songer, Joseph Speranza, and

Fred Vautour, as Trustees of, and on behalf of, the International Masonry Institute, and John F. Capo, as Secretary Treasurer of NJ BAC Administrative District Council, do recover of Villano Concrete Specialties, LLC, the Defendant with its principal place of business at P.O. Box 2212, Medford, New Jersey 08055, delinquent contributions in the sum of $2,305.20, delinquent dues check-offs in the amount of $357.19, plus interest in the sum of $299.57, liquidated damages in the amount of $732.48, attorneys' fees in the sum of $2,252.00, and court fees in the sum of $350.00 amounting in all to the sum of $6,296.44, plus interest at the legal rate in effect on the date of this judgment; and that the Plaintiffs have execution therefor.

Judgment dated:

By: *Harold A. Ackerman*
U.S.D.J.

Dated: July 23, 2008

-3-